UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Amerijet International, Inc., | § § § § | |
| Plaintiff, | § | |
| versus | § § | Civil Action H-14-1258 |
| Zero Gravity Corporation, | § § § | |
| Defendant. | § | |

## Order on Restraint

1.  Amerijet International, Inc., may not sue in Florida or elsewhere based on the same transaction. Its claims to parts, money, and intellectual property arise under the same nucleus of fact as its claims to the engines – the bailment – and were argued here.

2.  Zero Gravity Corporation must post a $1,000 bond.


Signed on August 6, 2014, at Houston, Texas.


Lynn N. Hughes
United States District Judge